**HRRG**

PO BOX 459080
SUNRISE FL 33345-9080

REDACTED

888-592-5005
en Español 800-398-3975

December 3, 2014

**REDACTED**

ALEJANDRO MORALES
15 MAJOR ST
CLIFTON NJ 07013-2901

Re: REDACTED Validation Notification

Dear Alejandro Morales:

hrrgcollections.com
PIN# REDACTED

The Healthcare Creditor(s) shown below hired Healthcare Revenue Recovery Group (HRRG) to collect the balance due. To pay, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below using the postage paid envelope. To pay using our automated IVR accessible 24 hours a day, call 855-pay-hrrg (855-729-4774) or visit our website at www.hrrgcollections.com. Both options require the PIN # listed above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from Healthcare Revenue Recovery Group, LLC; a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

Client Account: REDACTED                                    Amount Enclosed $_____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| REDACTED | | MORALES, ALEJANDRO | 55.55 | REDACTED |

PAYMENT VOUCHER

PO BOX 5406
CINCINNATI OH 45273-7942

REDACTED

[EXHIBIT A]

A