MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
BY: Christian M. Scheuerman, Esquire
Cherry Tree Corporate Center
Suite 501
535 Route 38 East
Cherry Hill, NJ 08002
(856) 663-4300

ATTORNEY FOR DEFENDANT
Healthcare Revenue Recovery Group, LLC

190-100509 (SXK/CMS)

| | |
|---|---|
| Alejandro Morales, on behalf of himself and those similarly situated,<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC | UNITED STATES DISTRICT COURT<br>OF NEW JERSEY<br>NEWARK VICINAGE<br><br>DOCKET NO. 2:15-cv-08401-ES-JAD<br><br>CIVIL ACTION<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DISCOVERY CONFIDENTIALITY ORDER |

I, Christian M. Scheuerman, Esquire, of full age, do hereby declare as follows:

1.  I am an attorney-at-law, licensed to practice in the District Courts of New Jersey and the Eastern District of Pennsylvania, and am an associate at the law firm of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., attorneys for the Defendant. I am fully familiar with the facts and circumstances of the above-captioned matter.

2.  I submit this declaration in support of the entry of the proposed discovery confidentiality order. (Docket entry no. 25).

3.  All counsel consent to the form of order.

{NJ689540.1}

4.	The nature of materials sought to be kept confidential by the Defendant include documents which disclose confidential propriety business information, trade secrets, and other commercially sensitive information.

5.	The Defendant has a right not to have its confidential proprietary business information made public.

6.	Unrestricted disclosure of the requested materials could result in dissemination of these sensitive and valuable materials to others who would utilize the information contained therein for commercial, business, competitive, or other purposes, causing HRRG to suffer irreparable injury and economic damage.

7.	There are no less restrictive means available than the relief sought by the Defendants.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

MARKS, O'NEILL, O'BRIEN,<br>
DOHERTY & KELLY, P.C.

BY:	*/s/ Christian M. Scheuerman*<br>
Christian M. Scheuerman, Esquire<br>
Attorney for Defendant

{NJ689540.1}