**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO MORALES, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, et al.,<br><br>    Defendants. | Civil Action No. 15-8401 (ES) (JAD)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL** |

**THIS MATTER** having come before this Court on Defendant's Healthcare Revenue Recovery Group, LLC ("Defendants") Motion to Seal documents for an Order sealing Defendant's Reply Brief and Exhibits (ECF No. 27); and it appearing that the exhibits contain information that is subject to State and/or Federal confidentiality law, specifically, without limitation, identifying information relating to Plaintiff; and for good cause shown:

**FINDINGS OF FACT**

1. On September 26, 2016, Defendant filed a Motion to Dismiss Reply brief ("Reply") (ECF No. 27). Defendant's exhibits contained the following information:

(a) A collection letter dated December 3, 2014 that lists the Plaintiff's "client account number" and the "creditor account number", which are shielded from public disclosure pursuant to Fed. R. Civ. P. 5.2 (a).

(b) HRRG's interrogatory answers that discuss confidential proprietary business information, trade secrets and other commercially sensitive information. The interrogatory answers

were also recently designated as "Confidential" pursuant to the Discovery Confidentiality Order signed by this Court on December 8, 2016 (ECF No. 34).

## CONCLUSIONS OF LAW

1. Confidential information was filed in support of the Defendant's Second Motion to Dismiss.

2. Federal Rules of Civil Procedure protect Plaintiff's financial account numbers from public disclosure.

3. Defendant has an interest in protecting its confidential information and if that particular information was to be released to the general public its proprietary interests would be harmed.

4. There are no less restrictive means available than the relief sought by Defendant as the Court has required that Defendant publicly file a redacted version of the exhibits containing the confidential information.

**BASED UPON** the foregoing findings of fact and conclusions of law:

**IT IS** on this ___ day of December, 2016

**ORDERED** that Defendant's Motion to Seal is **GRANTED**; and

**IT IS FURTHER ORDERED** that the unredacted versions of Exhibits A and B of Defendant's Reply (ECF No. 27) shall remain sealed pursuant to L. Civ. R. 5.3 (c); and

**IT IS FURTHER ORDERED** that on or before December 23, 2016, Defendants shall file a publicly redacted version of Exhibits A and B (ECF No. 27) in which only the confidential information contained herein has been redacted; and

**IT IS FURTHER ORDERED** that the Court clarifies that the Defendant may not simply redact entire exhibits, as they proposed, but instead redact only the confidential information contained in the exhibits.

SO ORDERED

_____
JOSEPH A. DICKSON, U.S.M.J.

cc: Honorable Esther Salas, U.S.D.J.