

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

October 15, 2019

*Via ECF*

The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Room MLK 2D
Newark, New Jersey 07102

   Re: **Alejandro Morales v. Healthcare Revenue Recovery Group, LLC, et al.**
     **Case No. 2:15-cv-08401-ES-JAD**
     **Our File No.: 15-063**

Dear Judge Dickson:

  This firm represents the Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request a fourteen-day extension to file a joint motion to seal.

  Pursuant to the local rules, the deadline to file a motion to seal is today. However, additional time is needed for the parties to finalize the motion. Therefore, Plaintiff respectfully requests that the deadline to file a joint motion to seal be adjourned on or before November 1, 2019.

  Plaintiff reached out to the Defendant for their consent to this request but have not received a response.

  Thank you for Your Honor's time and courtesies in this matter.

            Respectfully Submitted

            *s/Evan Lehrer*
            Evan Lehrer, Esq.
            KIM LAW FIRM LLC

EL
cc: Philip D. Stern, Esq. (*via ECF*)
   Andrew T. Thomasson, Esq. (*via ECF*)
   Christian M. Scheuerman, Esq. (*via ECF*)