**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF

**JAMES B. CLARK, III**

**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE

50 WALNUT ST. ROOM 2060

NEWARK, NJ 07102

December 7, 2021

<u>**LETTER ORDER**</u>

Re:     <u>**Morales v. Healthcare Revenue Recovery Group, LLC et al.**</u>
        <u>**Civil Action No. 15-8401 (ES)**</u>

Dear Counsel,

The Court will conduct a telephone conference with the parties in this matter on <u>**December 30, 2021 at 12:00 PM**</u>. Counsel for Plaintiff shall initiate the call. By no later than <u>**December 27, 2021**</u>, the parties shall submit a joint letter of three (3) pages or less setting forth the background and current status of this matter along with any issues to be discussed during the conference.

**IT IS SO ORDERED.**

                                                        ___s/ James B. Clark, III_____
                                                        **JAMES B. CLARK, III**
                                                        **United States Magistrate Judge**