# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

*Christian M. Scheuerman*
Member NJ & PA Bars
CScheuerman@moodklaw.com

December 7, 2021

**Via E-Courts**
The Honorable James B. Clark, III
United States District Court
50 Walnut Street, Room 2060
Newark, NJ 07102

    RE: Alejandro Morales v. Healthcare Revenue Recovery Group, LLC
       Docket No.: 15-8401
       <u>Our File No.: 190-100509(SXK/CMS)</u>

Dear Judge Clark:

  I respectfully request that the December 30, 2021 telephone conference be adjourned until January because I will be out of State on a pre-paid vacation during the last week in December.

          Respectfully Submitted,

          **MARKS, O'NEILL, O'BRIEN,**
          **DOHERTY & KELLY, P.C.**

          <u>*/s/ Christian M. Scheuerman, Esquire*</u>
          Christian M. Scheuerman, Esquire

CMS/emm
cc: Yongmoon Kim, Esquire

{NJ274250.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
|---|---|---|---|---|---|
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |