## MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

*Christian M. Scheuerman*
Member NJ & PA Bars
CScheuerman@moodklaw.com

December 7, 2021

**Via E-Courts**
The Honorable James B. Clark, III
United States District Court
50 Walnut Street, Room 2060
Newark, NJ 07102

      RE:  Alejandro Morales v. Healthcare Revenue Recovery Group, LLC
           Docket No.: 15-8401
           <u>Our File No.: 190-100509(SXK/CMS)</u>

Dear Judge Clark:

      I respectfully request that the December 30, 2021 telephone conference be adjourned until January because I will be out of State on a pre-paid vacation during the last week in December.

      Respectfully Submitted,

      **MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

      <u>*/s/ Christian M. Scheuerman, Esquire*</u>
      Christian M. Scheuerman, Esquire

CMS/emm
cc:  Yongmoon Kim, Esquire

\* The telephone conference is adjourned to January 3, 2022 at 3:30 PM.

SO ORDERED
s/James B. Clark
**James B. Clark, U.S.M.J.**
**Date:** 12/8/21

{NJ274250.1}