**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

February 16, 2022

**LETTER ORDER**

Re:  **Morales v. Healthcare Revenue Recovery Group, LLC et al.**
      **Civil Action No. 15-8401 (ES)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1. The parties shall meet and confer and attempt to resolve their disputes regarding the discovery items set forth in the parties' February 11, 2022 letter to the Court [ECF No. 154]. If disputes remain following a good faith meet and confer, the parties are to submit a **joint letter of six (6) pages or less** setting forth any outstanding disputes along with the parties' respective positions by **March 18, 2022**.

2. The Court will conduct a telephone status conference with the parties on **April 11, 2022 at 12:00 PM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III   
**JAMES B. CLARK, III**
**United States Magistrate Judge**
