**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

April 11, 2022

**LETTER ORDER**

Re:   **Morales v. Healthcare Revenue Recovery Group, LLC et al.**
      **Civil Action No. 15-8401 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons

set forth on the record, the Court orders the following:

1.  Regarding the disputed discovery items listed in bullet points on the first page of the parties'

    joint letter to the Court filed on March 18, 2022 [ECF No. 156]:

    a.  Defendant shall produce the following items to Plaintiff by no later than **May 31, 2022**:

        i.   The account notes of class members (First Bullet Point);

        ii.  The declarations page of the applicable insurance policy (Fourth Bullet Point);
             and

        iii. Defendant's written policy regarding: (1) internal reference numbers (Sixth

             Bullet Point) and (2) telephone calls with consumers (Seventh Bullet Point).

    b.  Plaintiff's requests for the following items are **DENIED without prejudice**: the

        software manuals (Second Bullet Point); Defendant's document retention policy (Third

        Bullet Point); Defendant's financial statements and balance sheets (Fifth Bullet Point);

        and the website data regarding internal reference numbers (Eighth Bullet Point).

2.  Plaintiff shall file the motion for class certification by no later than **thirty (30) days** after the

receipt of the above-referenced documents from Defendant.

3. The Court will conduct a telephone status conference with the parties on **August 31, 2022 at 10:30 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
