# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

**Jonathan R. Stuckel**
Member NJ & PA Bars
(856) 406-1319
JStuckel@moodklaw.com

May 25, 2022

<u>*Via ECF*</u>

The Honorable James B. Clark, III
United States District Court
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Room MLK 2A
Newark, New Jersey 07102

      Re:    Morales v. Healthcare Revenue Recovery Group, LLC
              Case No. 2:15-cv-08401-ES-JAD

Dear Judge Clark:

      I represent Defendant in this matter. On April 11, 2022, the Court entered an Order requiring HRRG to produce additional documents (ECF 157). Due to limited internal resources and complications associated with producing some of the additional account notes, Defendant respectfully requests a thirty (30) day extension of both the May 31, 2022 production deadline and the June 30, 2022 class certification deadline.

      Counsel for Plaintiff consents to this request for an extension of deadlines. Thank you in advance for Your Honor's consideration.

                        Respectfully submitted,

                        **MARKS, O'NEILL, O'BRIEN,**
                        **DOHERTY & KELLY, P.C.**

                        */s/ Jonathan R. Stuckel*_____
                        Christian M. Scheuerman, Esquire
                        Jonathan R. Stuckel, Esquire

JRS/emm
cc:     Yongmoon Kim, Esquire

{M0104198.1}