UNITED STATES DISTRICT COURT
OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **Alejandro Morales,** *on behalf of himself and those similarly situated,*<br><br>vs.<br><br>**Healthcare Revenue Recovery Group, LLC,** | DOCKET NO. - 2:15-cv-08401-ES-JAD<br>CIVIL ACTION<br><br>REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS |

  Request is hereby made by local counsel for *pro hac vice* electronic notifications in the with matter, and it is represented that:

  1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

  2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

            **MARKS, O'NEILL, O'BRIEN,
            DOHERTY & KELLY, P.C.**

            */s/ Christian M. Scheuerman*
            Christian M. Scheuerman, Esquire
            *Attorney for Healthcare Revenue Recovery Group, LLC*

PRO HAC VICE ATTORNEY INFORMATION:

Name: Emily A. Sellers, Esquire
Address:  SHOOK, HARDY & BACON L.L.P.
       2555 Grand Blvd.
       Kansas City, Missouri 64108
E;mail:  esellers@shb.com