

Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

July 29, 2022

*Via ECF*

Honorable James B. Clark, III, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street PO 01
Newark, New Jersey 07101

      **Re:**    ***Morales v. Healthcare Revenue Recovery Group, LLC, et al.***
             **Case No. 2:15-cv-08401-EP-JBC**
             **Our File No. 15-063**

Dear Judge Clark:

This firm represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Order (ECF No. 165), the deadline for Plaintiff to file his Motion for Class Certification is due July 30, 2022.

Due to the undersigned's current work schedule, including appellate, and dispositive motion briefs, Plaintiff respectfully requests a thirty-day extension to August 29, 2022. Defendant consents to this request.

Thank you for Your Honor's time and courtesies.

                                                Very truly yours,

                                                *s/Yongmoon Kim*
                                                Yongmoon Kim, Esq.
                                                KIM LAW FIRM LLC

YK/jy
cc:    All Counsel of Record *(via ECF)*