# EXHIBIT A

*Alejandro Morales v. Healthcare Revenue Recovery Group, LLC*
Docket No.: 2:15-cv-08401-EP-JBC



Continental Plaza · 411 Hackensack Avenue, Suite 701 · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

August 22, 2022

<u>*Via Electronic Mail*</u>

Jonathan R. Stuckel, Esq.
Christian M. Scheuerman, Esq.
MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
Cherry Tree Corporate Center
535 Route 38 East, Suite 501
Cherry Hill, New Jersey 08002

   **Re:** ***Morales v. Healthcare Revenue Recovery Group, LLC***
      **Docket No. 2:15-cv-08401-EP-JBC**
      **Our File No. 15-063**

Dear Counsel:

This letter is to confirm our telephonic meet-and-confer conversation on August 19, 2022, during which we discussed the existing production of the Platinum Software account notes (NJ_Ltr1_NOTES_Files 1-9) and prospective supplementation.

As discussed, Plaintiff is seeking a format of the aforementioned production that includes data fields indicating the creditor of each consumer account, as well as the consumers' addresses, and Defendant Healthcare Revenue Recovery Group, LLC's related internal reference numbers (a/k/a CRS #'s).

We appreciate you conferring with your client in order to discern whether the information is available and whether it can be produced in the requested format and the timetable of said production. Plaintiff's Counsel will follow up regarding the production during the week of August 22, 2022.

Thank you for your continued courtesies in this matter.

            Very truly yours,

            KIM LAW FIRM LLC

            <u>*/s/ Yongmoon Kim*</u>
            Yongmoon Kim, Esq.
            ykim@kimlf.com
            411 Hackensack Avenue, Suite 701
            Hackensack, New Jersey 07601
YK/mj            Tel. & Fax: (201) 273-7117