**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

September 6, 2022

**<u>LETTER ORDER</u>**

Re:   <u>Morales v. Healthcare Revenue Recovery Group, LLC et al.</u>
      Civil Action No. 15-8401 (EP)

Dear Counsel:

As discussed during the telephone conference held in this matter on August 31, 2022, and for the reasons set forth on the record, the Court orders the following:

1. Defendant shall produce the internal reference numbers ("IRNs") to Plaintiff [*see* ECF No. 178] by no later than **September 14, 2022**.

2. Once the IRNs have been produced, the parties are thereafter given leave to file dispositive motions. The schedule and procedure for the filing of Plaintiff's motion for class certification and Defendants' motion for summary judgment are as follows:

    a. The parties' moving briefs shall be exchanged by **October 7, 2022**.

    b. The parties' opposition briefs shall be exchanged by **October 24, 2022**.

    c. The parties' reply briefs shall be exchanged by **October 31, 2022**.

    d. Once all papers have been exchanged, by no later than **November 7, 2022**, each moving party, for their respective motion, shall simultaneously file all papers, the moving brief under a new notice of motion, the opposition, and the reply, under three separate docket entries.

    e. The motions shall be returnable on **November 7, 2022**.

3. The Court will conduct a telephone status conference with the parties on **February 2, 2023 at 10:00 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

                                                           s/ James B. Clark, III  
                                                          **JAMES B. CLARK, III**  
                                                          **United States Magistrate Judge**