**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| **JAMES B. CLARK, III** | 50 WALNUT ST. ROOM 2060 |
| UNITED STATES MAGISTRATE JUDGE | NEWARK, NJ 07102 |

November 9, 2022

**LETTER ORDER**

Re:   <u>Morales v. Healthcare Revenue Recovery Group, LLC et al.</u>
      Civil Action No. 15-8401 (EP)

Dear Counsel:

The Court is in receipt of Defendant's Motion for Summary Judgment. [Dkt. No. 184]. Pursuant to the Court's Letter Order dated September 6, 2022, "each moving party, for their respective motion, shall simultaneously file all papers, the moving brief under a new notice of motion, the opposition, and the reply, under three separate docket entries." [Dkt. No. 179]. A review of Defendant's Motion for Summary Judgment [Dkt. No. 184] indicates that the filing contains only Defendant's moving brief without simultaneously filing the opposition and reply. Additionally, because Plaintiff's class certification motion and Defendant's motion for summary judgment are proceeding on identical motion schedules [*see* Dkt. Nos. 179, 182, 183] and the deadline for each party's opposition is November 24, 2022 [Dkt. No. 182], Defendant's Motion for Summary Judgment [Dkt. No. 184] is hereby **ADMINISTRATIVELY TERMINATED** until all papers have been exchanged, by no later than **December 5, 2022**, at which time the parties are directed to file their respective motions following the procedure set forth in the Court's September 6, 2022 Letter Order. [Dkt. No. 179].

   **IT IS SO ORDERED.**

  s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
