**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

www.moodklaw.com

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

***Jonathan R. Stuckel***
Member NJ & PA Bars
(856) 406-1319
JStuckel@moodklaw.com

November 16, 2022

Honorable James B. Clark
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street P0 01
Newark, New Jersey 07101

          Re:   Morales v. Healthcare Revenue Recovery Group, LLC
                Case No. 2:15-cv-08401-EP-JBC

Dear Judge Clark:

      On October 6, 2022, you Honor issued an order (ECF No. 182) granting Plaintiff's request for an extension of time to file his motion for class certification to November 7, 2022. As a result, Defendant's opposition to class certification is currently due on November 24, 2022, which is Thanksgiving Day. Plaintiff's opposition to Defendant's summary judgment is also due that day (EDF No. 183). All papers, including replies, are to be filed simultaneously on December 5, 2022.

      Given the Thanksgiving holiday, Defendant requests the scheduling order for briefing on class certification and summary judgment be modified as follows:

- The parties' opposition briefs shall be exchanged by **December 7, 2022.**

- The parties' reply briefs shall be exchanged by **December 16, 2022.**

- No later than **December 19, 2022,** each moving party, for their respective motion, shall simultaneous file all papers, the moving brief, under a new notice of motion, the opposition, and the reply under three separate docket entries.

                                    Respectfully submitted,

                                    **MARKS, O'NEILL, O'BRIEN,**
                                  **DOHERTY & KELLY, P.C.**

                                  */s/ Jonathan R. Stuckel*_____
                                  Christian M. Scheuerman, Esquire
                                  Jonathan R. Stuckel, Esquire

cc: All Counsel of Record *(via ECF)*

{M0324900.1}

| Philadelphia | Pittsburgh | Westchester County | Wilmington | Towson | New York |
|---|---|---|---|---|---|
| Pennsylvania | Pennsylvania | New York | Delaware | Maryland | New York |