# EXHIBIT "G"

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALEJANDRO MORALES,                )
on behalf of himself and those    )
similarly situated,               )
                                  )
            Plaintiff,            )
                                  )
vs.                               )  No. 2:15-cv-08401-
                                  )      ES-JAD
HEALTHCARE REVENUE RECOVERY       )
GROUP, LLC, and JOHN DOES         )
1 to 10,                          )
                                  )
            Defendants.           )
_____)

Fort Lauderdale, Florida
January 20, 2017
9:20 o'clock A.M.

- - - - -

DEPOSITION
OF
DAVID FRIEDLANDER

Page 2

APPEARANCES:

KIM LAW FIRM LLC
By:   YONGMOON KIM, ESQ.
411 Hackensack Avenue
2nd Floor
Hackensack, New Jersey 07601
(201)273-7117
ykim@kimlf.com
Appearing on behalf of the Plaintiff

MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
By:   SEAN X. KELLY, ESQ.
Cooper River West
6981 North Park Drive
Suite 300
Pennsauken, New Jersey 08109
(856)663-4300
skelly@moodklaw.com
Appearing on behalf of the Defendant
Attending Telephonically, ERIC N. AGLOW, ESQ.

- - - - -

Page 3

            I N D E X

                                                    Page
Direct Examination By Mr. Kim                         5
Cross Examination By Mr. Kelly                      162
Redirect Examination By Mr. Kim:                    174
Recross Examination By Mr. Kelly                    178
Redirect Examination By Mr. Kim                     178

            E X H I B I T S

Exhibit 1                                            16
Exhibit 2                                            24
Exhibit 3                                            36
Exhibit 4                                            43
Exhibit 5                                           124
Exhibit 6                                           156
Exhibit 7                                           162

Page 4

+ + + +

    Deposition of DAVID FRIEDLANDER, a witness
of lawful age, taken by the Plaintiff, for the
purpose of discovery and for use as evidence in the
above-entitled cause, pending in the United States
District Court, District of New Jersey, pursuant to
notice heretofore filed, before SUSAN J. REICH, a
Registered Professional Reporter and Notary Public
in and for the State of Florida at Large, at 515
East Las Olas Boulevard, Suite 1300, Fort
Lauderdale, Broward County, Florida, on the 20th day
of January, 2017, commencing at 9:20 o'clock a.m.



Page 97
1  MR. KELLY: Absolutely ask him that question.
2  MR. KIM: And I could ask him in different
3  ways. You cannot object to it just because you
4  don't like the testimony.
5  MR. KELLY: I absolutely can. It's my
6  obligation to object to it when I think it's
7  unfair.
8  MR. KIM: You are coaching the witness.
9  Basically you are coaching the witness. You cannot
10 do that. He just changed his testimony.
11 MR. KELLY: Actually I'm --
12 MR. KIM: He just said ▌▌▌▌▌ is unique to the
13 plaintiff and then I asked him again and he said
14 it's not unique to the plaintiff.
15 MR. KELLY: Then examine him on what you think
16 is an inconsistency.
17 MR. KIM: That's what I'm trying to do.
18 As soon as I started to do that you objected.
19 MR. KELLY: Of course I objected. It's my
20 obligation to object.
21 MR. KIM: Right now you're contradicting
22 yourself. You're saying I'm allowed to do that but
23 you're saying I could interrupt.
24 MR. KELLY: I'm not going to tell you what
25 questions to ask or how to ask questions. That's

Page 98
1  not my job. My job is to object when I think the
2  form of your questions are improper.
3  That's what I'm doing.
4  MR. KIM: Can we go off the record?
5  (Thereupon, a discussion was held off the
6  record, after which the following proceedings
7  were held:)
8  MR. KIM: Can you read back the last question?
9  (Thereupon, the previous question was read
10 back by the court reporter.)
11 A  ▌▌▌▌▌ is what I thought I was answering was
12 what are the elements of data that are included on the
13 notice and somehow that turned into elements that are
14 unique to the plaintiff and the ▌▌▌▌▌ may not be unique
15 and I think that that was my point.
16 BY MR. KIM:
17 Q  So what is ▌▌▌▌▌?
18 A  It's an internal reference number.
19 Q  So is it an internal reference number that's
20 unique to the plaintiff?
21 A  As I said, I don't think that it's necessarily
22 unique to the plaintiff.
23 Q  So --
24 A  There could be ▌▌▌▌▌ that is used to
25 reference someone else.

Page 99
1  Q  Okay. So you said it's an internal reference
2  number. To what, to a system, to your collection
3  software?
4  A  It's used in our office when someone with a
5  user ID and password is logged into our system and they
6  type in the ▌▌▌▌▌ they're going to get -- and this is
7  why I say it might not be unique -- they could get
8  multiple names that come up on the screen and they then
9  have to select the correct associated person who they're
10 either looking for or who they're referencing.
11 Q  So the system is a website or your internal
12 collection software?
13 A  When I talk about the system I'm talking at
14 this point about our collection software system.
15 Q  Platinum or FACS or both?
16 A  Both.
17 Q  When Platinum was active it was with Platinum?
18 A  Correct.
19 Q  And after it was migrated it's with FACS?
20 A  It is with FACS, yes.
21 Q  So a person could go on the website and type
22 in ▌▌▌▌▌ and there would be multiple people associated
23 with ▌▌▌▌▌?
24 A  No, a person couldn't go on a website and type
25 in ▌▌▌▌▌ and get a particular person.

Page 100
1  Q  So a person could not go into a website and
2  type in the ▌▌▌▌▌?
3  A  A person can go on any website they want and
4  type that in.
5  Q  So can you explain your previous testimony
6  that the court reporter --
7  A  I'm not talking about a website. I'm talking
8  about a particular software system, a collection
9  software system that we use in our office.
10 Q  So your employees would type --
11 A  They would have to be someone who has the
12 credentials to bring up an account within our software
13 system. So the credentials would be they'd have to have
14 a user ID and they would have to have a password and it
15 would have to be a valid user ID and password.
16 Q  So is that in a closed Internet system?
17 MR. KELLY: Objection to form.
18 A  Internet or intranet?
19 BY MR. KIM:
20 Q  Intranet in a closed system inaccessible by
21 outside people.
22 MR. KELLY: Objection, form.
23 A  I don't call it a closed intranet system but
24 I'm not sure if that's the right term or not.
25 BY MR. KIM:



DAVID FRIEDLANDER
Morales vs Healthcare Revenue

January 20, 2017
117–120

Page 117

1  internal reference number to inquire about the account?
2  A  Any person outside of HRRG, can they call into
3  HRRG and provide the --
4  Q  Internal reference number.
5  A  This ▇▇▇ number?
6      Is that what you're asking about?
7  Q  Yeah, or any other -- well, we're calling
8  ▇▇▇ the internal reference number, right?
9  A  Yes. Yes, anyone can pickup a phone and call
10  HRRG and refer to that number.
11  Q  And that would identify the collection account
12  in question?
13  A  No.
14  Q  What would it do?
15  A  It wouldn't do anything unless a
16  representative with the appropriate credentials were
17  logged into our collection software system and keyed in
18  those -- that internal reference number and at that
19  point they would ask the person who's calling, who they
20  are and they would have them provide their
21  identification information at which point they'd be
22  asked for their date of birth or the last four digits of
23  their Social Security number.
24      If they were able to provide that additional
25  information, the representative could then access the

Page 118

1  system, bring up the matching account information and
2  they would use either that date of birth in association
3  with this internal reference number or their last four
4  of Social to appropriately identify the person.
5  Q  So besides the date of birth or the Social,
6  last four digits of the Social Security number, what
7  other identifying information would a collector need in
8  conjunction with the internal reference number?
9  A  I don't think they'd need another piece. I
10  think they could bring it up with that or they could use
11  a different combination of information.
12  Q  What are all the combinations that could be
13  used with the internal reference number?
14  A  Together with the internal reference number
15  they would have to have either a date of birth or the
16  last four of Social to bring up a specific consumer's
17  account information.
18  Q  So nothing else.
19  A  Nothing else.
20  Q  Does HRRG have a written policy to that
21  effect?
22  A  Yes.
23  Q  Was it in effect in 2014?
24  A  Yes.
25  Q  Is it the same policy to the present?

Page 119

1  A  The ▇▇▇ format has been changed on the ▇▇▇
2  system so other than to the extent that's been changed
3  in how it's formatted, yes, the same policy is in effect
4  as was in effect then.
5  Q  Can you produce those policies, please?
6      So the internal reference number system was
7  changed once HRRG switched over to the ▇▇▇ system?
8  A  No. What I said was the format had changed
9  when we went on the ▇▇▇ system.
10  Q  How did it change?
11  A  It no longer has the letters together with the
12  numbers. There was a ▇▇▇ account number that was all
13  numeric.
14  Q  Did it convert the old system into the new
15  numerical system or was the old reference number system
16  retained?
17  A  The old information -- it's both actually --
18  the old information is retained. It was loaded into a
19  user defined window within the ▇▇▇ software system and
20  ▇▇▇ account number was assigned in addition to that.
21  Q  Now can a person utilize the internal
22  reference number to access information on HRRG's
23  website?
24  A  No.
25  Q  HRRG maintains a website?

Page 120

1  A  Yes.
2  Q  Is it HRRG collections dot-com?
3  A  Yes.
4  Q  Is it the same website that was active in
5  2014?
6  A  Yes, I believe so.
7  Q  So a person cannot go into HRRG collections
8  dot-com and enter the ▇▇▇ reference number?
9  A  They can. They won't bring up an account.
10  Q  What would it bring up?
11  A  It will bring up some type of an error
12  message. I mean they need other information together
13  with that to get on the website and bring up account
14  information.
15  Q  What other information does it need or does
16  one need?
17  A  A person would need to have a ▇▇▇ account
18  number and the correct associated Pin number.
19  Q  In 2014 what information would a person need
20  to access the information on HRRG collections dot-com?
21  A  They would need that internal reference
22  number, the Pin number and one other piece of personally
23  identifying information like their date of birth or
24  their Social, their full Social Security number.
25  Q  And the ▇▇▇ number was an addition in 2015

DAVID FRIEDLANDER  
Morales vs Healthcare Revenue

January 20, 2017  
129–132

Page 129

1  Why was a decision made to include the
2  internal reference number in the barcode above the
3  recipient's mailing address, name and mailing address?
4     MR. KELLY: Just to be clear are you referring
5  to Exhibit 4 now when you were pointing?
6     MR. KIM: Yes.
7     MR. KELLY: Could you read back the question?
8     (Thereupon, the previous question was read
9     back by the court reporter.)
10    MR. KELLY: Objection to form.
11  A  The barcode was to be used for processing mail
12  that came back that was either returned by the post --
13  mail that was returned by the post office as
14  undeliverable and it was to be used as a way of
15  verifying the address information.
16    So we used the internal reference number as
17  part of that code so that we could associate it with a
18  particular address.
19  BY MR. KIM:
20  Q  So have you ever scanned the barcode that's
21  above the recipient's name and address?
22    MR. KELLY: Objection.
23  A  Are we talking about the barcode on this
24  letter or are we talking about in general or --
25  BY MR. KIM:

Page 130

1  Q  Let's start with this December 3rd letter.
2  A  Okay, and you're asking if I personally have
3  ever scanned it?
4  Q  Uh-huh.
5  A  Or are you asking --
6  Q  Yes
7  A  Yes, I've scanned this barcode.
8  Q  And what comes up when you scanned the
9  barcode?
10    MR. KELLY: Objection to form.
11  A  Yeah, with the correct barcode scanner what
12  comes up is the ▇▇▇ number that we can internal
13  reference together with the first ten character
14  positions of the first line of street address.
15  BY MR KIM:
16  Q  So  plus --
17  A  A space and then ▇▇▇ I think it ends with
18  S to get ten including the spaces.
19  Q  So why was a decision made to make that
20  barcode visible when mailing these letters?
21    MR. KELLY: Objection to form.
22  A  The decision was to make it visible through
23  the window in order to be able to process return mail
24  without opening the envelopes.
25  BY MR. KIM:

Page 131

1  Q  Is that to preserve I guess manpower?
2    What's the significance of not opening the
3  envelope?
4  A  To save time.
5  Q  So once the return mail is received does
6  someone scan it, the barcode, without opening it?
7    MR. KELLY: Objection to form.
8  A  Yeah, the timeframe that you're asking about
9  because the process has changed.
10  BY MR. KIM:
11  Q  Let's start with the proposed class period
12  which is December 2nd, 2014 through December 2nd, 2015.
13  A  Okay, and now I'm sorry, repeat the question.
14  Q  I'll start from the beginning chronologically
15    When did HRRG decide to make the barcode
16  containing the internal reference number visible through
17  the window envelopes?
18    MR. KELLY: Objection to form. I'm sorry.
19  Can you read that back, please?
20    (Thereupon, the previous question was read
21    back by the court reporter.)
22    MR. KELLY: Same objection.
23  A  I cannot -- I can't tell you the date or even
24  approximate it. It was sometime ago.
25  BY MR. KIM:

Page 132

1  Q  Before 2014?
2  A  Yes, yeah.
3  Q  When did it stop including the barcode?
4  A  When did what stop?
5  Q  When did HRRG stop revealing the barcode
6  containing the internal reference number through the
7  window envelope?
8    MR. KELLY: Objection to form.
9  A  I don't know.
10  BY MR. KIM:
11  Q  Has it stopped now?
12  A  The internal reference number, the use of the
13  internal reference number for return mail processing is
14  something that we have begun to outsource. It's now
15  being handled by our letter vendor.
16  Q  When did that begin?
17  A  Sometime after this filing of this lawsuit.
18  Q  So now Nordis tracks the return mail?
19  A  Yes, and they do it with a different coding
20  system.
21  Q  So after this lawsuit was filed HRRG has
22  stopped processing return mail.
23  A  Not completely but stopped. We've outsourced
24  the processing of our return mail.
25  Q  When you say not completely --

DAVID FRIEDLANDER
Morales vs Healthcare Revenue

January 20, 2017
137–140

Page 137

1 that against the desired information that we were
2 checking which is the first line of street address
3 together with that internal reference number.
4  Q  This was 2014?
5  A  Early on. No, this was before 2014.
6  Q  Okay.
7  A  And then we moved on to a system where we were
8 using the scanning gun. We would get a tray of return
9 mail from our post office that we would go to the post
10 office to pick up our mail and they would have the trays
11 of return mail there. We would get in a tray and a
12 clerk would have the scanning gun set up on a PC.
13  Q  It's connected to the PC?
14  A  As an input device for that PC and take the
15 letters that came back in the mail, put a stack of the
16 window envelopes down on the desk and run them under the
17 scanning gun. The data was going into a file on that
18 PC. That file was then used as input into our
19 collection software system.
20       We had a custom program written that would --
21 when it had a match between that reference number
22 together with those first ten character positions with
23 the data that was in our system, it would set what we
24 call a mail return flag and that would stop mail from
25 going out for that person whose account was flagged as

Page 138

1 having had return mail.
2       If there was a non-match it would not set the
3 mail return flag and the premise was that the address
4 information that was in our system that was different
5 was probably newer information and as a result we had
6 already updated the information.
7       So we may have had a phone call from a person
8 who called in and said, you know, my address has changed
9 and our representative could have updated the address in
10 our system.
11  Q  Or online the consumer could have submitted a
12 new address online.
13  A  Potentially.
14  Q  And this was all done without opening the
15 envelope.
16  A  Right.
17  Q  And when did this procedure continue?
18  A  It continued up until the point where we --
19 when we went to  that internal reference number the
20 format changed but the process still remained the same
21 and until we outsourced that function.
22  Q  After this lawsuit.
23  A  Right.
24  Q  So that procedure was in effect in 2014 and
25 most of 2015?

Page 139

1  A  Yes.
2  Q  What other clients did you have in New Jersey
3 in 2014 and 2015?
4  A  I don't have a list of the clients in New
5 Jersey so I can't answer you. I don't know.
6  Q  From December 2nd, 2014 to December 2nd, 2015,
7 let's just call that the proposed class period, in the
8 proposed class period approximately how many letters
9 were sent out to New Jersey consumers?
10  A  I don't know.
11  Q  Would it be over 50?
12  A  Yes.
13  Q  Would it be over 500?
14  A  Ask the initial question again, please.
15  Q  So during the proposed class period to how
16 many New Jersey consumers were collection letters sent
17 out by HRRG?
18       MR KELLY: Objection to form.
19  A  Yes, it would be over -- you were at 500?
20  Q  Right.
21  A  Yeah.
22  Q  During the proposed class period approximately
23 how many mail was returned?
24  A  I couldn't even guess at that.
25  Q  Would it be, you know, on average per month

Page 140

1 over 500 pieces of mail?
2  A  I don't know.
3  Q  How many employees do you have or did HRRG
4 have to process the return mail?
5  A  I would say somewhere between one and three.
6  Q  Approximately how many letters were sent each
7 month by HRRG to New Jersey consumers?
8  A  I don't know.
9  Q  Approximately how many percentage of the mail
10 were returned?
11  A  I don't know that either
12  Q  Is that information that you could look up on
13 the collection software?
14  A  No.
15  Q  Well, again prior to the outsourcing to Nordis
16 the process was that when a letter is sent it's marked
17 in the collection software, right?
18  A  A flag would get set within the collection
19 software system.
20  Q  And once the mail's returned someone, an
21 employee scans it, if the internal reference number and
22 first ten characters of the address matches the system
23 then it would also flag return mail, correct?
24  A  Right.
25  Q  So would you be able to determine how many

DAVID FRIEDLANDER  
Morales vs Healthcare Revenue

January 20, 2017  
165–168

Page 165

1  Is that what you're saying?
2  A  Yeah, it may not though. I'm not sure.
3  Q  Now going back to B I just want to again so
4  the record's clear, the barcode that we've been
5  discussing extensively is the first thing from the top.
6  Is that what that is?
7  A  Yes.
8  Q  Then we go down and we see three lines of an
9  address, correct?
10  A  Yes.
11  Q  And then below that is another barcode. I'll
12  call it a barcode. Is that the postal code?
13  A  Yes.
14  Q  And that's relevant somehow to the post
15  office?
16  A  Yes.
17  Q  And that's everything that would have been in
18  that window; is that right?
19  A  Correct.
20  Q  Now the process that you described of scanning
21  the mail that's returned, you're talking about mail that
22  came back from the post office because the post office
23  couldn't deliver it to the address in that window; is
24  that right?
25  A  Yes.

Page 166

1  Q  All right. And if I understand what you were
2  describing with the barcode, okay, that if it was
3  scanned by your internal system it would generate a
4  piece of data; is that right?
5  A  Yes
6  Q  And that data -- and I was using your word
7  that I wrote down -- would be a series of characters, I
8  think you said 16 characters; is that right?
9  A  Yes, that's right.
10  Q  And so I'll call that -- so if you scanned it
11  it would generate its own code that was 16 characters,
12  right?
13  A  Yes.
14  Q  And that code that it generated would be made
15  up of different pieces of information; is that right?
16  A  Yes.
17  Q  So when before the questions were asked
18  repeatedly about whether the  code is quote
19  unquote in that barcode, okay?
20  A  Yes
21  Q  What's in that barcode is actually a 16 digit
22  number, not a six digit number, correct?
23  A  Sixteen characters.
24  Q  Sixteen?
25  A  Sixteen character code

Page 167

1  Q  So in this particular case if your internal
2  system scanned this return mail, if it came back, which
3  we know it didn't but if it did, what 16 digit code
4  would have been generated?
5  A  Sixteen characters.
6  Q  Sixteen characters.
7  A  It would have been ▓▓▓▓, a space, and then
8  15 space▓▓▓▓
9  Q  So the purpose of that piece of data was as I
10  understand your testimony to enable the computer to
11  essentially read the address that came back on the
12  returned letter; is that right?
13  A  Yes.
14  Q  So it's really a code so that a computer can
15  read the other information in the window which is the
16  person's address; is that right?
17  A  Yes.
18  Q  And then it took that address that came back
19  and compared it with the address that you currently had
20  in your system to see if they matched.
21  A  Yes.
22  Q  So really the only thing in that barcode is an
23  address.
24  A  Yes.
25  Q  Okay. Am I correct that no where in that

Page 168

1  barcode is an account number?
2  A  Yes.
3  Q  Am I correct that no where in that barcode is
4  any private information related to Mr. Morales?
5  A  Yes.
6  Q  Am I even correct that the barcode doesn't
7  even contain any portion of an account number, correct?
8  A  Yes.
9  Q  Am I correct that that barcode does not
10  contain any information that identifies the person who
11  received the letter as a debtor?
12  A  Yes.
13  Q  Am I also correct that the account number is
14  not visible anywhere on this envelope, correct?
15  A  Yes.
16  Q  The account number is actually on what part of
17  the letter?
18  A  On the payment voucher part of the letter
19  Q  And is that the only place it appears?
20  A  Yes.
21  Q  It's never visible to any person looking at
22  the envelope, correct?
23  A  Correct
24  Q  All right. When you were asked by counsel to
25  look at Exhibit 3 -- ma'am court reporter, would you

DAVID FRIEDLANDER
Morales vs Healthcare Revenue

January 20, 2017
169–172

### Page 169

1 mind, Exhibit 3, please -- go to page five of nine
2 please, specifically paragraph 38.
3     Are you with me?
4 A  Yes.
5 Q  You may remember that counsel asked you to
6 look at this paragraph. I want to direct your attention
7 back to that.
8     I can represent to you that this is the
9 definition proposed by plaintiff of the class and the
10 definition and I'll read this in the record. Let me
11 know if I'm reading it correctly, okay?
12     All consumers residing in the state of New
13 Jersey, to whom defendant, that's HRRG, sent a
14 collection letter, which letter was dated within a year
15 prior to December 2nd, 2015, semi-colon (b) was seeking
16 to collect a consumer debt and (c) was sent in a
17 windowed envelope such that the barcode containing the
18 account number associated with the debt was visible from
19 the outside of the envelope, unquote.
20     Did I read that correctly?
21 A  Yes.
22 Q  Has HRRG, in fact, ever sent out an envelope
23 that had a window that, quote, contained the account
24 number associated with the debt?
25 A  No.

### Page 170

1 Q  The scanning system that was set up by HRRG
2 for the return mail that we talked about that checked
3 the addresses, is the data code that's generated by that
4 scanner during the time that it's scanned during the
5 time that it's converted to this code entered into a
6 computer? I think you said it was put into a computer
7 data file, right?
8 A  Yes, data file.
9 Q  And then that data file is then sort of
10 examined by a computer and compared to another data
11 file, right?
12 A  Yeah, by a custom program.
13 Q  Custom program?
14 A  That we had written.
15 Q  So during that entire process that we just
16 described is any human actually even looking at the
17 code?
18 A  No.
19 Q  It's all an internal computer process that
20 we're talking about, right?
21 A  Yes.
22 Q  Am I also correct that if somebody called with
23 a data code that your system generated by this barcode
24 that code itself, that 16 digit code doesn't correspond
25 to any internal account code that you maintain, does it?

### Page 171

1 A  No.
2 Q  In fact, if we looked at Exhibit I think it's
3 Number 6, and counsel went through in detail all the
4 different codes that are on Mr. Morales' account
5 screenshot here, right?
6 A  Right.
7 Q  That 16 digit code doesn't even appear on
8 here, correct?
9 A  Correct.
10     MR. KIM: That's the ___ right?
11     Is that the old one or the new one?
12     MR. KELLY: This is the one you marked.
13     MR. KIM: Right, but is that a screenshot of
14 the new software?
15     MR. KELLY: I have no idea.
16 BY MR. KELLY:
17 Q  So that number doesn't appear on this account
18 screen, correct?
19 A  Correct.
20 Q  And nor would that number -- strike that.
21     Counsel asked you a lot of questions about the
22 website and how people would access your website to pay
23 bills, right?
24 A  Yes.
25 Q  The code that is generated internally by HRRG

### Page 172

1 when scanning this barcode, that can't even be put on
2 your website, can it?
3 A  No.
4 Q  And nobody could call with that code and get
5 any information, could they?
6 A  No.
7 Q  So that code had one purpose and that's
8 internally to be compared by a computer with another
9 piece of data to see if it has the correct address; is
10 that right?
11 A  To see if it matches, yes.
12 Q  See if it matches the address you have on
13 file
14 A  Well, the portion of the address that's in
15 that code.
16 Q  Right, and that's the only purpose of that
17 code
18 A  Yes.
19     MR. KIM: I just want to clarify. By code are
20 you saying ___ space ___ is that what
21 you're saying, or are you just saying ___
22     MR. KELLY: I've never used that. When I say
23 code I was clear I'm talking about the code that
24 would be generated by the company scanning the
25 barcode which is a 16 digit barcode.

DAVID FRIEDLANDER
Morales vs Healthcare Revenue

January 20, 2017
173–176

Page 173

1  MR. KIM: So the entire scan which would be
2  ▬▬▬▬▬
3  MR. KELLY: First of all, you're not objecting
4  to the form now. You're testifying.
5  MR. KIM: I'm just confused because I don't
6  know if he's saying the ▬▬▬ doesn't result or
7  the entire scan doesn't as it's fully in that
8  format, the scanned format, that itself doesn't
9  identify anything.
10  I'm not sure what he's really testifying.
11  MR. KELLY: You've been a little inconsistent
12  in how you respond to my questions because you're
13  supposed to object to the form, not do any speaking
14  but that's okay. I'm okay with it.
15  BY MR. KELLY:
16  Q  But the data code that is generated by your
17  internal system that would scan this barcode whether it
18  be for Mr. Morales or anybody else, that code cannot be
19  input anywhere on the HRRG website, correct?
20  A  Correct.
21  Q  In fact, that code cannot be used to obtain
22  any information about a debtor's account, correct?
23  A  Correct.
24  MR. KELLY: I think that's all I have.
25  In fact, I know it is. Thank you.

Page 174

1  MR. KIM: I just want to follow-up. I just
2  want to clarify, if I may.
3  REDIRECT EXAMINATION
4  BY MR. KIM:
5  Q  ▬▬▬ can be used when calling HRRG or on
6  HRRG's website or its payment portal when a person is
7  calling or, you know, entering information with respect
8  to that account, correct?
9  MR. KELLY: Objection to form.
10  A  When you say can be used --
11  BY MR. KIM:
12  Q  So a person could call HRRG prior to HRRG's
13  using the new ▬▬▬ system so when HRRG was using the
14  Platinum software a consumer could call and provide his
15  ▬▬▬ internal reference number to identify the
16  account.
17  MR. KELLY: Objection to form.
18  A  No, they could call and they could give --
19  when you say use that --
20  BY MR. KIM:
21  Q  Provide.
22  A  -- reference number they could provide that
23  information to a representative on the phone but the
24  representative would not necessarily bring up an account
25  from that alone

Page 175

1  In fact, our policies and procedures
2  prohibited them from doing that based on that number
3  alone.
4  Q  So is it the policies and procedure that
5  prohibits an HRRG representative from doing that or is
6  it impossible to do that?
7  MR. KELLY: Objection to form
8  A  Well, you know, we have a lot of discussion
9  about that being used to pull up an individual account
10  and I already answered those questions that that is not
11  going to uniquely identify a person's account.
12  BY MR. KIM:
13  Q  Right, but it would -- ▬▬▬ would pull up
14  Alejandro Morales and possibly 25 other people.
15  A  Among others, yes.
16  Q  And --
17  A  For our rep internal.
18  Q  Right, and someone could also input ▬▬▬ in
19  the HRRG's website to either change their address or
20  submit a payment perhaps?
21  MR. KELLY: Objection.
22  A  No, not strictly the ▬▬▬ They would have
23  to put in the UMB and all the other required fields.
24  BY MR. KIM:
25  Q  Name and address, right?

Page 176

1  A  Would have to be completed and then they could
2  submit that information on our website at which point it
3  would be received by a clerical support person.
4  Q  And that clerical support person would update
5  the address and the e-mail address of the debtor?
6  A  They follow policies and procedures that are
7  designed to tell them what they will do with that
8  information and I'm not prepared to testify about what
9  they will do with that information.
10  Let's say, for instance, that they enter ▬▬▬
11  and they have a different name, okay, other than
12  Alejandro Morales, you know, they are not updating that
13  information when that information is not meeting -- not
14  matching and they would have to not update that
15  information at that point.
16  Q  So if someone enters Alejandro Morales,
17  ▬▬▬, a new address and an e-mail?
18  A  All the required fields, I don't know if it's
19  just a new address and an e-mail, I don't know but I
20  think there were some other required fields on that
21  screen.
22  Q  So --
23  A  First name, last name, account number, your
24  street address, your city, your zip code, your state and
25  your e-mail. So unless they can enter all that



800.211.DEPO (3376)
EsquireSolutions.com