UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1827

ALEJANDRO MORALES,
On behalf of himself and those similarly situated,
Appellant

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC;
JOHN DOES 1 TO 10

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-15-cv-08401)

_____

SUR PETITION FOR REHEARING

_____

Present: SMITH, *Chief Judge*, MCKEE, AMBRO, CHAGARES, JORDAN HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY and PHIPPS, *Circuit Judges*.

The petition for rehearing filed by appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: August 4, 2021
Cc: All counsel of record

**EXHIBIT B**   page 1 of 1