UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO MORALES, *on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, and JOHN DOES 1 to 10,<br><br>Defendants. | Case No. 2:15-cv-08401-EP-JBC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

This matter having been opened to the Court on Plaintiff's motion for class certification under Fed. R. Civ. P. 23, and the Court having read and considered the papers submitted and the oral arguments of counsel, if any, and it appearing to the satisfaction of the Court that (*i*) Plaintiff has met the requirements under Fed. R. Civ. P. 23(a) including that Plaintiff is an adequate class representative, (*ii*) this action may be maintained as a class action under Fed. R. Civ. P. 23(b)(3), and (*iii*) Plaintiff's counsel is qualified to be appointed class counsel, and for good cause shown;

**IT IS HEREBY ORDERED:**

    1.    Plaintiff's Motion is **GRANTED**.

2. Pursuant to FED. R. CIV. P. 23(c)(1)(A), this action is certified as a class action with Alejandro Morales as the representative party.

3. In accordance with FED. R. CIV. P. 23(c)(1)(B):

　　a. the Class is hereby defined as:

　　　　All consumers residing in the State of New Jersey, to whom, from December 2, 2014, to December 2, 2015, Defendant sent a collection letter; which letter (a) was seeking to collect a consumer debt on behalf of EMER PHY ASSOC N JERSEY; and (b) was sent in a windowed envelope such that the barcode containing the account number associated with the debt was visible from outside the envelope.

　　b. the Class Claims are hereby defined as:

　　　　All claims for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, arising from Healthcare Revenue Recovery Group's use of a windowed envelope which exposed a visible barcode containing the account number associated with the Debt.

　　c. the Kim Law Firm LLC is appointed as Class Counsel.

4. Within 45 days after the entry of this Order, Defendant's counsel and Class Counsel shall meet and confer to submit a consent order approving the form and method for notice to the Class or, if the meet-and-confirm is not successful, Class Counsel shall file a motion for approval as to the form and method of notice to the Class.

**SO ORDERED:**

_____
HONORABLE EVELYN PADIN
UNITED STATES DISTRICT JUDGE