Mark Jensen
KIM LAW FIRM LLC
411 Hackensack Avenue Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117
mjensen@kimlf.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEJANDRO MORALES, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, AND JOHN DOES 1 TO 10,<br><br>Defendants. | Civil Action  No. 2:15-cv-08401-EP-JBC<br><br><br><br>**NOTICE OF APPEARANCE** |

     Please take notice that the undersigned attorney, Mark Jensen of Kim Law Firm LLC hereby enters his appearance as counsel for the Plaintiff Alejandro Morales in this action.

                                               KIM LAW FIRM LLC

                                               <u>s/Mark Jensen</u>
                                               Mark Jensen
                                               *Attorneys for Plaintiff*

Dated: February 2, 2023