**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | **U.S. COURTHOUSE**<br>**50 WALNUT ST. ROOM 2060**<br>**NEWARK, NJ 07102** |

February 2, 2023

**LETTER ORDER**

Re:   **Morales v. Healthcare Revenue Recovery Group, LLC et al.**
       **Civil Action No. 15-8401 (EP)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **May 10, 2023 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

   **IT IS SO ORDERED.**

  s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
