| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY& KELLY, P.C.**<br>Noreen P. Kemether, Esquire<br>Attorney I.D. 029561991<br>535 Route 38 East, Suite 501<br>Cherry Hill, NJ 08002<br>(856)663-4300<br>nkemether@moodklaw.com<br>190-100509 (MJL) | **ATTORNEYS FOR DEFENDANT**<br>Healthcare Revenue Recovery Group, LLC |
| Alejandro Morales, *on behalf of himself and those similarly situated,*<br><br>vs.<br><br>Healthcare Revenue Recovery Group, LLC | UNITED STATES DISTRICT COURT OF NEW JERSEY NEWARK VICINAGE<br><br>DOCKET NO.  2:15-cv-08401-ES-JAD<br><br>CIVIL ACTION<br><br>**WITHDRAWAL OF ENTRY OF APPEARANCE and DESIGNATION OF TRIAL COUNSEL** |

Kindly WITHDRAW my Entry of Appearance and designation of trial counsel for Defendant, Healthcare Revenue Recovery Group, LLC,  previously entered in this matter.  I hereby certify that this withdrawal will not interfere with the trial schedule.

                **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

                */s/ Noreen P. Kemether_____*
                Noreen P. Kemether, Esquire
                Withdrawing Attorney for Defendant,
                Healthcare Revenue Recovery Group, LLC

Date: March 28, 2023

{M0482657.1}