**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

March 29, 2023

**<u>LETTER ORDER</u>**

Re:   <u>Morales v. Healthcare Revenue Recovery Group, LLC et al.</u>
       Civil Action No. 15-8401 (EP)

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court will conduct a telephone status conference with the parties on **<u>June 28, 2023 at 11:30 AM</u>**. Counsel for Defendant shall initiate the call.

   **IT IS SO ORDERED.**

       s/ James B. Clark, III       
**JAMES B. CLARK, III**
**United States Magistrate Judge**
