**GORDON REES SCULLY MANSUKHANI, LLP**
Melissa J. Brown, Esq.
Attorney ID No.: 012882007
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
mjbrown@grsm.com

**Attorneys for Defendant,**
**Healthcare Revenue Recovery Group, LLC**

---

| | |
|---|---|
| Alejandro Morales, *on behalf of himself and those similarly situated*, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY NEWARK VICINAGE |
| Plaintiff, | DOCKET NO.: 2:15-cv-08401-ES-JAD |
| vs. | CIVIL ACTION |
| Healthcare Revenue Recovery Group LLC, | **WITHDRAWAL OF COUNSEL** |
| Defendant. | |

---

The undersigned, Melissa J. Brown, Esq. of the Law Firm of Gordon Rees Scully Mansukhani, LLP, hereby withdraws as attorney of record and trial counsel for Defendant, Healthcare Revenue Recovery Group, LLC, in the above-captioned matter.

Respectfully Submitted,
GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Melissa J. Brown*
Melissa J. Brown, Esq.
*Withdrawing Attorney for Defendant,* Healthcare Revenue Recovery Group, LLC

Dated: March 30, 2023