**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

June 8, 2023

## LETTER ORDER

Re: **Morales v. Healthcare Revenue Recovery Group, LLC et al.**
    **Civil Action No. 15-8401 (EP)**

Dear Counsel:

The telephone status conference scheduled with the parties on **June 28, 2023 at 11:30 AM** is adjourned to **July 5, 2023 at 12:00 PM**.

**IT IS SO ORDERED.**

                                             s/ James B. Clark, III
                                             **JAMES B. CLARK, III**
                                             **United States Magistrate Judge**