# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO MORALES, *on behalf of himself and those similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:15-cv-08401-EP-JBC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK**:

Under Civ. Rule 102.1, kindly withdraw the appearance of Rebecca Joy Schwartz, Esquire *(pro hac vice)* and Emily Ann Sellers, Esquire *(pro hac vice)* on behalf of Defendant Healthcare Revenue Recovery Group, LLC in the above-captioned action.

Dated: September 6, 2023　　　　　　　　Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

/s/ *Emily Ann Sellers*
**SHOOK, HARDY & BACON L.L.P.**
Rebecca J. Schwartz
Emily A. Sellers
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550

{M0668992.1}

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing Notice of Withdrawal of Appearance with the Court's CM/ECF system on September 6, 2022, which automatically generates notification of the filing to all counsel of record.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*/s/ Mark J. Leavy*_____
Mark J. Leavy, Esquire
Attorney for Defendant,
Healthcare Revenue Recovery Group, LLC

{M0668992.1}