**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

September 12, 2023

## LETTER ORDER

Re: **Morales v. Healthcare Revenue Recovery Group, LLC et al.**
    **Civil Action No. 15-8401 (EP)**

Dear Counsel:

The telephone status conference scheduled with the parties on **September 19, 2023 at 11:00 AM** is adjourned to **October 16, 2023 at 12:30 PM**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**